Jennie Carney, Respondent, *v.* The City of Yonkers, Appellant, Impleaded with Another.

*Negligence — municipal corporations — sidewalks — injury from tripping over water shut-off box.*

Carney v. *City of Yonkers,* 190 App. Div. 919, affirmed.

(Submitted October 19, 1921; decided November 22, 1921.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 7, 1920, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. It was alleged that plaintiff,

while walking along Lincoln street in the city of Yonkers about eight in the evening of a day in the month of December, tripped over a water shut-off box which protruded some three or four inches above the sidewalk and fell, receiving the injuries complained of.

*William A. Walsh,* Corporation Counsel (*John J. Broderick* of counsel), for appellant.

*Albert C. Jordan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J.